IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROPERTY OF THE PEOPLE, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RYAN NOAH SHAPIRO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICE OF MANAGEMENT AND BUDGET, | ) | Civ. Action No. 1:17-cv-01677 (RC) |
| | ) | |
| and | ) | |
| | ) | |
| COUNCIL ON ENVIRONMENTAL QUALITY, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby agree and stipulate to the dismissal with prejudice of the Council on Environmental Quality as a Defendant in this action, with each side to bear its fees and costs.

Dated: October 19, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

_____/s/_____
JOSEPH C. DUGAN
Trial Attorney
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7225
Washington, D.C. 20530
Tel.: (202) 514-3259
Fax: (202) 616-8470
E-mail: Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

　　　　/s/　　　　
JEFFREY L. LIGHT
D.C. Bar No. 485360
1712 Eye St. NW, Ste. 915
Washington, D.C. 20006
Tel.: (202) 277-6213
E-mail: Jeffrey@LawOfficeOfJeffreyLight.com

*Attorney for Plaintiffs*