**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., )<br>)<br>and )<br>)<br>RYAN NOAH SHAPIRO, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICE OF MANAGEMENT )<br>AND BUDGET, )<br>)<br>and )<br>)<br>COUNCIL ON ENVIRONMENTAL )<br>QUALITY, )<br>)<br>    Defendants. )<br>_____) | Civ. Action No. 1:17-cv-01677 (RC) |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel and pursuant to the Court's Order of October 6, 2017, respectfully submit the following:

1. On August 17, 2017, Plaintiffs brought this FOIA action requesting visitor logs, call logs, and calendars from Defendants, the Office of Management and Budget (OMB) and the Council on Environmental Quality (CEQ). Defendants answered Plaintiffs' Complaint on October 6, 2017.

2. On September 12, 2017, Defendant CEQ sent Plaintiffs' counsel a final determination letter and responsive documents via e-mail. During a telephone conference on October 11, 2017, Plaintiffs' counsel informed defense counsel that

Plaintiffs are satisfied with CEQ's production. The parties are filing a stipulation of dismissal as to CEQ contemporaneously with this joint status report.

3. On August 15, 2017, Defendant OMB informed Plaintiffs' counsel via e-mail that OMB had completed its search for responsive records and was in the process of reviewing those records.

4. At this time, OMB is preparing responsive records for final internal review and production.

5. OMB anticipates that it will make an interim production of responsive, non-exempt records on or before October 27, 2017. OMB anticipates that it will make its final production of responsive, non-exempt records on or before November 3, 2017.

6. Because OMB's production is pending, the parties respectfully submit that it would be premature at this time to set a briefing schedule for dispositive motions. Accordingly, the parties propose the following:

    a. The parties will meet and confer on or before November 10, 2017, to discuss OMB's production and to determine whether summary judgment briefing will be necessary; and

    b. The parties will file a joint status report on or before November 20, 2017, to apprise the Court of the status of this matter and to propose a briefing schedule if necessary.

Dated: October 19, 2017               Respectfully submitted,

                                      CHAD A. READLER
                                      Acting Assistant Attorney General

                                      ELIZABETH J. SHAPIRO
                                      Deputy Director, Federal Programs Branch

      /s/
JOSEPH C. DUGAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7225
Washington, D.C. 20530
Tel.: (202) 514-3259
Fax: (202) 616-8470
E-mail: Joseph.Dugan@usdoj.gov

*Attorneys for Defendants*

      /s/
JEFFREY L. LIGHT
D.C. Bar No. 485360
1712 Eye St. NW, Ste. 915
Washington, D.C. 20006
Tel.: (202) 277-6213
E-mail: Jeffrey@LawOfficeOfJeffreyLight.com

*Attorney for Plaintiffs*