# Exhibit A

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PROPERTY OF THE PEOPLE, INC.,

and

RYAN NOAH SHAPIRO,

Plaintiffs,

v.

OFFICE OF MANAGEMENT AND
BUDGET,

Defendant.

Case No. 17-cv-01677 (RC)

Declaration of Heather V. Walsh in
Support of Defendant's Motion for Summary
Judgment

I, Heather V. Walsh, make the following Declaration based on personal knowledge,

information, and belief:

1.      I currently serve as the Deputy General Counsel in the Office of Management and

Budget's (OMB) Office of the General Counsel (OGC) and the Chief Freedom of Information

Act (FOIA) Officer for the agency.  Prior to this position, I was an Assistant General Counsel in

this office and have worked in OMB's OGC since 2009.

2.      One of my responsibilities in OGC is to supervise the staff responsible for the intake and

processing of all FOIA requests received by OMB.  The statements contained in this Declaration

are based on my personal knowledge, upon information provided to me in my official capacity,

and upon conclusions I reached based on that knowledge or information.

3.      Due to the nature of my official duties, I am familiar with the procedures followed by

OMB in responding to requests for information from its files pursuant to the FOIA, 5 U.S.C.

§ 552.  Specifically, I am aware of OMB's handling of the FOIA request submitted by Jeffrey

1

Light on behalf of the organization Property of the People, Inc., and the individual Ryan Noah Shapiro, which is at issue in the above-captioned matter.

4.      The purpose of this Declaration is to describe the search for records that OMB undertook in response to this request and to describe the basis for OMB's withholdings pursuant to FOIA exemptions that are at issue in this matter.

5.      OMB's *Vaughn* index specifies the documents responsive to Plaintiffs' requests from which OMB withheld information pursuant to FOIA exemptions that are at issue in this matter. The *Vaughn* index, along with this Declaration, together provide a justification for the withholdings at issue.  (A true and correct copy of OMB's *Vaughn* index is attached as Exhibit 1.)

**OMB'S SEARCH FOR RECORDS IN RESPONSE TO PLAINTIFFS' REQUEST**

6.      OMB received a FOIA request from Plaintiffs by email dated May 8, 2017, seeking, among other items, all calendars or appointment books of OMB Director Mick Mulvaney or any other acting or permanent OMB Director.  Plaintiffs also requested visitor logs from the White House, Mar-a-Lago, and "Trump Towers" [*sic*] as well as phone call logs for Director Mulvaney or any other acting or permanent OMB Director.  OMB does not maintain visitor logs or call logs and thus would have no documents responsive to these requests.  (A true and correct copy of Plaintiffs' FOIA request is attached as Exhibit 2 to this Declaration.)

7.      OMB responded on May 9, 2017, acknowledging receipt and assigning the request tracking number 2017-209.  (A true and correct copy of this communication is attached as Exhibit 3 to this Declaration.)

8.      On or about September 6, 2017, the OMB Director's Office searched the Director's Microsoft Outlook calendar, and captured those entries from the period when Director Mulvaney

took office to the day the search was conducted.  In addition, Mark Sandy, who served as acting Director from January 20, 2009, to February 16, 2009, when Director Mulvaney took office, provided his Microsoft Outlook calendar for the period during which he was acting Director. Once these searches were complete, OGC staff reviewed the responsive records.

**OMB'S RESPONSES TO PLAINTIFFS' REQUEST**

9.      OMB reviewed the more than 200 pages of calendar records that were identified as responsive to Plaintiffs' request and responded in two initial administrative productions.

10.      On October 27, 2017, OMB produced thirty days' worth of calendar records for Director Mulvaney, with redactions made pursuant to FOIA Exemptions 5 and 6.  (A true and correct copy of the October 27 production cover letter is attached as Exhibit 4 to this Declaration.)

11.      On November 3, 2017, OMB advised Plaintiffs that it had completed its review of the remaining calendar records, and it produced the remaining 178 days' worth of records, with redactions made pursuant to FOIA Exemptions 5 and 6.  (A true and correct copy of the November 3 production cover letter is attached as Exhibit 5 to this Declaration.)

12.      On December 19, 2017, following additional review by OGC, OMB re-released the full 208-page set of calendar records, with many of the prior redactions lifted.

13.      On January 12, 2018, OMB made an additional release of the 208-page set of records that corrected a few errors in the prior release and provided additional coding for the Exemption 6 entries.

14.      On January 18, 2018, after further review, OMB made a final administrative release, lifting dozens of redactions previously asserted under Exemption 5.

15.      OMB made these administrative re-releases as a good-faith effort to comply fully with the requirements of the FOIA.

16.     OMB's document review procedure is extremely time consuming, involving a document-by-document, line-by-line review to identify material for release.  This review is ordinarily conducted at least twice (and, in this case, several additional times) to ensure the FOIA is applied appropriately and consistently to each document.  In order to perform this work and complete its initial administrative productions to Plaintiffs by November 3, 2017, OMB had to divert resources from other FOIA responsibilities, impacting its ability to respond to the FOIA requests that preceded Plaintiffs' request.  For instance, 202 FOIA requests were received by OMB before Plaintiffs' request in fiscal year 2017 alone, and many of those requests remain open, as OMB needed to divert resources to handle Plaintiffs' request.

### INFORMATION OMB IS WITHHOLDING

17.     Over the course of its productions, OMB released 208 documents in full or in part.  All of the information withheld was done pursuant to either FOIA Exemption 5 or Exemption 6.  I have reviewed the *Vaughn* index, which describes these withholdings, and the documents themselves in preparing this Declaration.  The documents at issue memorialize the schedule of either acting OMB Director Mark Sandy during the period in which he was serving in that role or OMB Director Mick Mulvaney.

18.     Under Exemption 5, OMB has withheld portions of these documents pursuant to the deliberative process privilege, as those documents describe pre-decisional, deliberative communications internal to OMB, the Executive Office of the President, and/or the Executive Branch.  These documents are listed in the accompanying *Vaughn* index.

19.     OMB redacted a discrete subset of calendar entries for Director Mulvaney and Acting Director Sandy because the specific topics of the meetings, as identified in the calendars, reflect the nature, content, and timing of internal Executive Branch deliberations.

20.    OMB left unredacted voluminous meetings with vague captions or captions that describe broad topics (e.g., tax reform, trade policy, legislative affairs, healthcare) without reference to a specific aspect of that broad policy area, as well as meetings unrelated to policy deliberations. OMB likewise left unredacted many recurring meetings, such as the weekly economic principals' lunch and senior staff meetings.

21.    However, OMB redacted certain entries that reference specific and narrow discussions reflecting the thinking and deliberations of Executive Branch officials, including the Director. Many of these meetings involved high-level decisionmakers and time-sensitive topics, and all would reveal aspects of the policy considerations and priorities during the first year of the current Administration.

22    Many of the redacted calendar entries would shed light on evolving plans, as well as issues and topics under preliminary consideration.

23.    OMB also redacted a small number of preparatory sessions that occurred in advance of actual meetings, but only in situations where the reference to  the preparatory session would reveal the deliberations occurring in the meeting itself.

24.    As reflected in the attached *Vaughn* index, the redacted deliberative entries generally fall into the following subcategories:

- Economic, budgetary, and tax policy:  These topic areas are perhaps the core areas of OMB's authority and competence.  As the President's primary advisor on budgetary matters, OMB regularly provides timely and critical advice to the President, Vice President, and their senior advisors regarding the formulation of the budget, its impact on the broader economy, and how tax receipts will impact the budget, among other matters.

Throughout the period covered by the calendars at issue, these perennial areas of policy concern were among the topics on which OMB and its Director provided counsel.

- Regulatory policy: OMB plays a critical oversight role in the regulatory system within the Executive Branch. Through the Office of Information and Regulatory Affairs, OMB reviews virtually all significant rulemakings issued by the Executive Branch. In addition, OMB plays a harmonizing role with respect to the regulatory agenda for all cabinet agencies. In this capacity, the OMB Director provides critical advice to the President, Vice President, and their senior advisors regarding regulatory policy, and in particular the changes to regulatory policy that the Administration enacted in its first year. The advice of the OMB Director in these areas is critical to ensuring that such a policy can be properly executed throughout the Executive Branch.

- Government personnel policy: OMB, working in concert with the Office of Personnel Management (OPM) has a critical role in setting policy regarding personnel management throughout the government. This function, which comes as a part of OMB's general management responsibilities for the Executive Branch, involves working with OPM in setting policy for government personnel and ensuring that adequate budgetary resources are available so personnel policy can be properly executed. Therefore, OMB is generally involved in discussions surrounding changes in governmental personnel policy and the execution of such policy, since it implicates not only OMB's budgetary role but also its oversight and management role.

- Congressional relations / legislative strategy: Critical to all of OMB's functions, be they budgetary, regulatory, or management, is OMB's relationship with Congress and the ability to interact with Congress. This relationship primarily manifests itself in the

appropriations process, in which OMB plays a critical role in the negotiations between the Executive and Legislative branches as the two seek to agree on how to appropriate funds for the functioning of the government. Given this important inter-branch role, OMB is regularly involved in discussions that touch on the appropriations process and the passage of any legislation that implicates the President's or government spending.

- Other subject-specific areas in which OMB provided counsel (e.g., trade, infrastructure, transportation, immigration, healthcare, national security, foreign relations, environmental, and disaster relief policy): As the President's primary budgetary advisor, OMB is critical to any deliberation by the President, Vice President, or their senior advisors that involves the expenditure of funds or that would have a material impact on the budget. In fulfilling this role, OMB provided advice to these senior Executive Branch officials regarding any regulatory or budgetary impact that a specific set of potential proposals may have. Given that the cost or regulatory impact of a particular policy is often critical to its success, OMB is often involved at the earliest stages of the deliberations surrounding these proposals when the particular policies are still in their nascent stages.

25. Revealing the specific subject matter of deliberative, predecisional meetings and preparatory sessions would inhibit the ability of Executive Branch officials to communicate on specific policy matters and would chill the candor that is essential to their deliberations.

26. Under Exemption 5, OMB has also withheld calendar entries pursuant to the presidential communications privilege. These entries memorialize communications with the President, Vice President, or their senior advisors, and also encompass preparations for such meetings. These documents are also listed in the accompanying *Vaughn* index.

27.    Many of the calendar entries memorializing these presidential meetings include the same specific subject matter that is protected under the deliberative process privilege (as discussed above), and, indeed, many of the calendar entries are described in the *Vaughn* index as subject to both privileges.  Making this subject-specific information public could chill the ability of the President and his senior-most advisors to receive candid counsel in setting the policy of the Executive Branch.

28.    As the *Vaughn* index reflects, some of the calendar entries are withheld under the presidential communications privilege only.  For these entries, OMB does not assert that the topic referenced in the calendar entry (if any) would necessarily shed light on specific material discussed at that meeting.  However, the timing and attendance at meetings with the President and Vice President are themselves revelatory of presidential decisionmaking, and the Executive Branch is entitled to keep the details of these presidential consultations private.

29.    Moreover, the content of these redacted entries could be used, in concert with other available information, to determine the subject and nature of deliberations within the Executive Branch and among its senior-most officials.  This would undercut the ability of Executive Branch officials to deliberate in a frank and open way and would compromise the ability of the leaders of the Executive Branch to receive the best information available prior to reaching policy decisions.

30.    Under Exemption 5, OMB has also withheld two entries pursuant to the attorney-client privilege, as these entries would reveal information about confidential communications between the Director and agency counsel.

31.     OMB has also redacted information pursuant to FOIA Exemption 6.  However, OMB understands that Plaintiffs do not challenge the Exemption 6 redactions, and so it has omitted these redactions from the *Vaughn* index for the convenience of the Court and Plaintiffs.

32.     Following a line-by-line review, OMB has released all reasonably segregable, non-exempt information to Plaintiffs.  OMB has carefully examined the information withheld under Exemptions 5 and 6 and has determined that the information withheld, if disclosed, would violate the deliberative process or presidential communications privileges or would constitute an unwarranted invasion of personal privacy.  OMB has concluded that no further meaningful segments of non-exempt information could reasonably be segregated for release.  In performing this analysis, each page was evaluated repeatedly to determine if any additional information should be segregated and released.

In accordance with 28 U.S.C § 1746, I hereby declare and affirm under penalty of perjury that the foregoing statements and accompanying *Vaughn* index are true and correct to the best of my knowledge and belief.

Executed at Washington, District of Columbia, this 18th day of January, 2018.


Heather V. Walsh
Deputy General Counsel and
Chief FOIA Officer
Office of the General Counsel
Office of Management and Budget

# Walsh Decl. Exhibit 1

| Bates Page Number | Time | Privilege Group | Deliberative Subcategories (if applicable) |
|---|---|---|---|
| 2 | 3:00 | C | |
| 6 | 11:15 | A, B | Trade policy |
| 7 | 12:30 | A | Economic and budgetary policy |
| 8 | 4:00 | A | |
| 8 | 5:00 | B | Congressional relations / legislative strategy |
| 9 | 11:00 | A | |
| 9 | 12:00 | A | |
| 13 | 1:30 | B | Regulatory policy |
| 19 | 3:00 | A | |
| 19 | 3:30 | A | Healthcare policy |
| 19 | 6:30 | A | |
| 20 | 11:30 | B | Trade policy |
| 20 | 11:45 | A | |
| 20 | 1:45 | B | National security / defense policy |
| 21 | 4:45 | A | Healthcare policy |
| 22 | 12:30 | A | |
| 27 | 11:30 | B | Immigration policy |
| 27 | 3:45 | A | |
| 30 | 9:30 | A | |
| 33 | 9:00 | B | Healthcare policy |
| 33 | 11:00 | A | |
| 33 | 11:30 | A | |
| 34 | 9:00 | A | |
| 34 | 3:00 | A | |
| 34 | 6:00 | A, B | Economic and budgetary policy |
| 35 | 11:30 | A | |
| 36 | 9:00 | A | Congressional relations / legislative strategy |
| 36 | 11:30 | A | |
| 40 | 9:45 | A | |
| 40 | 11:30 | A | |
| 41 | 12:00 | A, B | Transportation policy |
| 43 | 11:00 | A | |
| 44 | 4:45 | A | |
| 46 | 10:00 | A | |
| 47 | 11:00 | A | |
| 47 | 2:30 | A, B | Regulatory policy |
| 47 | 4:00 | A | |
| 48 | 1:30 | A, B | Foreign relations policy |
| 48 | 6:15 | A, B | Economic and budgetary policy |
| 48 | 8:30 | A | |
| 49 | 3:00 | A | |
| 50 | 1:30 | B | Transportation policy |
| 51 | 9:30 | B | Regulatory policy |
| 54 | 9:00 | B | Government personnel policy |
| 54 | 2:00 | A, B | Regulatory policy |

| | | | |
|---|---|---|---|
| 54 | 4:00 | A | |
| 55 | 12:00 | B | Regulatory policy |
| 55 | 2:00 | B | Regulatory policy |
| 63 | 11:15 | B | Healthcare policy |
| 63 | 4:30 | B | Transportation policy |
| 64 | 5:30 | B | Regulatory policy |
| 65 | 8:00 | B | Foreign relations policy |
| 65 | 3:30 | A | Economic and budgetary policy |
| 68 | 8:30 | A, B | Infrastructure policy |
| 68 | 1:30 | A | Economic and budgetary policy |
| 68 | 4:45 | B | Transportation policy |
| 69 | 2:15 | A | Tax policy |
| 69 | 4:30 | B | Regulatory policy |
| 70 | 11:00 | B | National security / defense policy |
| 70 | 5:15 | A, B | Foreign relations policy |
| 70 | 6:00 | A, B | Foreign relations policy |
| 71 | 8:30 | A, B | Foreign relations policy |
| 71 | 10:00 | B | Regulatory policy |
| 71 | 1:30 | A, B | Foreign relations policy |
| 71 | 3:15 | A, B | Regulatory policy |
| 71 | 3:30 | A, B | Healthcare policy |
| 75 | 4:30 | A, B | Immigration policy |
| 76 | 2:30 | A, B | Regulatory policy |
| 76 | 4:00 | B | Government personnel policy |
| 76 | 5:45 | B | Environmental policy |
| 77 | 11:00 | A, B | Transportation policy |
| 77 | 2:30 | B | Transportation policy |
| 77 | 5:30 | A, B | National security / defense policy |
| 78 | 1:30 | A, B | Foreign relations policy |
| 79 | 3:30 | B | Immigration policy |
| 82 | 10:30 | A, B | Regulatory policy |
| 83 | 4:45 | A | |
| 89 | 11:00 | A, B | Foreign relations policy |
| 90 | 8:30 | B | Regulatory policy |
| 90 | 9:30 | B | Regulatory policy |
| 90 | 4:00 | A, B | Economic and budgetary policy |
| 91 | 2:00 | B | Environmental policy |
| 91 | 5:00 | B | Regulatory policy |
| 92 | 4:30 | B | Regulatory policy |
| 93 | 11:00 | A, B | Economic and budgetary policy |
| 96 | 2:30 | A | |
| 96 | 3:30 | A | |
| 104 | 1:00 | A, B | Healthcare policy |
| 105 | 1:00 | A, B | Economic and budgetary policy |
| 106 | 4:00 | A, B | Economic and budgetary policy |
| 107 | 1:45 | A | |
| 120 | 2:00 | A, B | Healthcare policy |

| | | | |
|---|---|---|---|
| 121 | 11:00 | A, B | Healthcare policy |
| 121 | 3:30 | B | Healthcare policy |
| 128 | 1:45 | A | |
| 131 | 11:15 | A, B | Economic and budgetary policy |
| 132 | 1:15 | B | Healthcare policy |
| 141 | 4:00 | A, B | Economic and budgetary policy |
| 142 | 9:30 | B | Environmental policy |
| 142 | 2:00 | B | National security / defense policy |
| 148 | 10:30 | A | |
| 152 | 1:30 | A | |
| 152 | 5:30 | B | National security / defense policy |
| 153 | 10:30 | B | Healthcare policy |
| 153 | 1:00 | A | |
| 153 | 2:15 | A | |
| 153 | 6:00 | B | Immigration policy |
| 155 | 1:30 | A, B | Tax policy |
| 155 | 3:00 | A | |
| 159 | 8:30 | B | Healthcare policy |
| 159 | 11:00 | B | Healthcare policy |
| 160 | 11:00 | B | Healthcare policy |
| 162 | 9:30 | B | Regulatory policy |
| 162 | 12:45 | B | Healthcare policy |
| 162 | 3:00 | B | Foreign relations policy |
| 162 | 4:00 | A, B | Healthcare policy |
| 166 | 11:00 | A, B | Healthcare policy |
| 167 | 5:30 | B | Environmental policy |
| 167 | 6:00 | A, B | Environmental policy |
| 180 | After hours | A | |
| 181 | 9:00 | A | Tax policy |
| 183 | 2:30 | B | Healthcare policy |
| 184 | 12:30 | A | |
| 187 | 4:30 | A, B | Healthcare policy |
| 190 | 11:00 | A | Congressional relations / legislative strategy |
| 190 | 11:45 | A | |
| 190 | 2:00 | A | |
| 190 | 3:00 | B | Tax policy |
| 190 | 4:00 | A, B | Immigration policy |
| 191 | 9:15 | B | Disaster relief policy |
| 191 | 11:00 | A, B | Immigration policy |
| 191 | 2:00 | B | Environmental policy |
| 192 | 10:45 | A, B | Disaster relief policy |
| 193 | 10:45 | A, B | Disaster relief policy |
| 194 | 5:00 | B | Healthcare policy |
| 195 | 10:30 | A, B | Foreign relations policy |
| 195 | 2:30 | B | Healthcare policy |
| 195 | 3:00 | B | Disaster relief policy |
| 195 | 3:30 | B | Disaster relief policy |

| 195 | 4:00 | A, B | Foreign relations policy |
|---|---|---|---|
| 196 | 8:30 | B | Disaster relief policy |
| 196 | 12:45 | B | Disaster relief policy |
| 197 | 9:00 | B | Disaster relief policy |
| 197 | 9:30 | B | Healthcare policy |
| 197 | 1:30 | A | |
| 197 | 2:00 | A, B | Healthcare policy |
| 197 | 3:00 | A, B | Immigration policy |
| 197 | 4:00 | A, B | Regulatory policy |
| 197 | 5:00 | B | Regulatory policy |
| 198 | 12:00 | B | Regulatory policy |
| 202 | 11:00 | B | Disaster relief policy |
| 202 | 1:30 | A | |
| 202 | 2:00 | A | |
| 202 | 3:00 | A | |
| 203 | 11:00 | A | |
| 203 | 4:00 | A | Infrastructure policy |
| 205 | 1/24/2017 4:00 | B | Regulatory policy |
| 205 | 1/26/2017 1:00 | B | Regulatory policy |

| | |
|---|---|
| **Group A** | *This group consists of those entries that reflect communications with the President, Vice President, and/or their senior advisors, or take place in locations that would clearly imply the participation of such individuals. Except for certain meetings involving the President and/or Vice President, all calendar entries redacted under this category contain indications of specific subject matter.* |
| **Group B** | *This group consists of those entries that contain indications of subject matter of pre-decisional, deliberative communications between executive branch officials regarding specific topics.* |
| **Group C** | *This group consists of those entries that contain information protected by the attorney-client privilege.* |

# Walsh Decl. Exhibit 2

**Law Office of Jeffrey L. Light**
1712 Eye St., NW, Suite 915
Washington, DC 20006
jeffrey@lawofficeofjeffreylight.com
(202) 277-6213

*17-209*
*145525*

May 8, 2017

**Freedom of Information Request**

Office of Management and Budget
via email: OMBFOIA@omb.eop.gov

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.


REQUESTER INFORMATION


This request is submitted on behalf of my clients, Ryan Noah Shapiro and Property of the People.[1]



RECORDS SOUGHT

1.  All official visitor logs and/or other records concerning visits made to the OMB. The request should not be geographically limited to the White House complex itself, but should include visitors to these offices at Mar-a-Lago, Trump Towers, or any other location where OMB operates.
2.  All phone call logs for Director Mick Mulvaney or any acting or permanent OMB Director.
3.  All calendar or appointment books for Director Mick Mulvaney or any acting or permanent OMB Director.

The time period for these requests is from January 20, 2017 on.



FORMAT


---

[1] Property of the People is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy.

1

The requesters ask that any releases stemming from this request be provided in digital format (soft-copy) via email or on a compact disc or other like media.

## REQUEST TO BE CLASSIFIED AS AN EDUCATIONAL REQUESTOR

Requestor Ryan Noah Shapiro requests classification as an educational requestor for FOIA fee category purposes.

Shapiro is an ABD doctoral candidate at the Massachusetts Institute of Technology. Shapiro is in the PhD program in History, Anthropology, and Science, Technology, & Society (HASTS) in MIT's Department of Science, Technology, & Society (STS).[2]

Shapiro is a research affiliate at the Berkman Klein Center for Internet & Society at Harvard University.[3]

Shapiro is an historian of national security, the policing of dissent, and governmental transparency. The disclosures sought in the instant request are sought pursuant of this end.

## REQUEST FOR INCLUSION IN NEWS MEDIA FEE CATEGORY

Requestors Shapiro and Property of the People request classification as representatives of the news media for FOIA fee category purposes.

Requestor Shapiro is an ABD doctoral candidate at the Massachusetts Institute of Technology. Shapiro is in the PhD program in History, Anthropology, and Science, Technology, & Society (HASTS) in MIT's Department of Science, Technology, & Society (STS).

Shapiro is a research affiliate at the Berkman Klein Center for Internet & Society at Harvard University.

Shapiro is an historian of national security, the policing of dissent, and governmental transparency.

---

[2] http://web.mit.edu/hasts/graduate/shapiro.html

[3] Shapiro is a research affiliate at the Berkman Klein Center for Internet & Society at Harvard University for 2016-2017. https://cyber.law.harvard.edu/newsroom/2016_2017_community

Shapiro is President of Property of the People, a newly-founded governmental transparency research, analysis, and information dissemination organization.[4]

Among other things, Shapiro's work has exposed improper collusion between a major agricultural lobby and a U.S. government agency entity[5]; sparked a federal investigation of this improper collusion, resulting in the disgraced resignation of the president of the agency entity[6]; and sparked the introduction of bipartisan legislation to curb future similar abuses by government and industry.[7] Shapiro's work has also exposed the FBI's unprecedented utilization of classified remote-installation malware to circumvent animal rights activists encryption in 2003, as well as the DOJ's subsequent failure to inform Congress of such utilization as mandated by Congress.[8] Shapiro's work has also exposed the FBI's policy of instructing FBI agents to withhold surveillance technical details from prosecutors and defendants alike.[9] Shapiro's work has also exposed FBI consideration of federal terrorism charges against animal protectionists who expose horrific conditions on factory farms.[10] Shapiro's work has also exposed FBI targeting of Nelson Mandela and the anti-Apartheid movement as a Communist plot imperiling U.S. national security. This included but was not limited to FBI placement of a confidential informant within Nelson Mandela's inner circle in order to provide political information to the

---

[4] Building upon Shapiro's extensive track record of national security, transparency, and state repression-oriented research, analysis, and information dissemination, Property of the People (PropOTP) is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. PropOTP's motto, taken from Shapiro's commentary, is, "The records of government are the property of the people. It's time for us to reclaim them." PropOTP's most publicized efforts to date have been under the umbrella of the organization's Trump-oriented project, "Operation 45." PropOTP's Operation 45 is dedicated to ensuring transparency and accountability for the Trump/Pence administration. For more on PropOTP's Operation 45, see:
http://www.salon.com/2016/11/27/foia-superhero-launches-campaign-to-make-donald-trumps-administration-transparent/; https://www.thenation.com/article/your-guide-to-the-sprawling-new-anti-trump-resistance-movement/; http://www.politico.com/story/2016/12/democrats-trump-resistance-conservative-playbook-232687; https://operationfortyfive.org.

[5] http://bigstory.ap.org/article/a0a7a3fb1f6449f992f2410c577d919b/apnewsbreak-egg-group-scrambled-over-eggless-mayo-maker; http://www.theguardian.com/us-news/2015/sep/02/usda-american-egg-board-hampton-creek-just-mayo

[6] http://bigstory.ap.org/article/c7813b5fe68745d2a40c1d078c1542f5/egg-industry-group-ceo-steps-down-after-vegan-mayo-scramble

[7] https://www.theguardian.com/business/2016/jul/14/usda-reform-bill-agriculture-beef-eggs

[8] http://www.nytimes.com/2016/04/14/technology/fbi-tried-to-defeat-encryption-10-years-ago-files-show.html?smid=tw-nytimes&smtyp=cur&_r=0

[9] http://www.usatoday.com/story/news/2016/04/20/fbi-memos-surveillance-secrecy/83280968/

[10] https://ccrjustice.org/files/11.12.29_Greenscare_VideotapersTerrorists_LATimes.pdf

FBI on Mandela and his anti-apartheid associates while the FBI was tasked with protecting Mandela upon Mandela's post-prison tour of the United States in 1990.[11]

Shapiro's research and analysis on issues at the intersections of national security, the policing of dissent, and transparency, as well as pertaining to the Trump presidency and administration, are regularly featured in national and international media outlets. Media outlets that have covered Shapiro's work include but are not limited to:

*The New York Times, The Washington Post, The Los Angeles Times, The Wall Street Journal, USA Today, CNN, U.S. News & World Report, The Associated Press, Agence France-Presse, Politico, Business Insider, The International Business Times, The Atlantic, The Guardian, ABC News, CBS News, NPR, PBS, BBC World Service, The Nation, Mother Jones, Democracy Now!, The Hill, McClatchy DC, New Republic, National Journal, Columbia Journalism Review, Legal Times, PolicyMic, Government Executive, Inc., Wired, Fortune, Fox News, Fox Nation, The American Conservative, The Daily Caller, Breitbart News, Reason, New York Daily News, The Chicago Tribune, The Boston Globe, MSN News, Salon, Slate, The Daily Beast, Quartz, Vice News, Huffington Post, HuffPost Live, Yahoo News, Christian Science Monitor, Boston Business Journal, AOL News, The San Francisco Chronicle, The Houston Chronicle, The Minneapolis Star Tribune, The Independent, The Mirror, The Daily Mail, Black Entertainment Television (BET), The Boston Metro, The San Francisco Business Times, The Silicon Valley Business Journal, The Afro-American, Raw Story, The Chicago Defender, The NorthStar News & Analysis, The Atlanta Black Star, The Hollywood Reporter, NYC Today, The Mail & Guardian, Courthouse News, Japan Times, EatDrinkPolitics, Univsion, HispanTV, Al Jazeera America, Grist, Ecorazzi, Green Is the New Red, PC World, PC Mag, Computer World, SearchSecurity, IntelNews, Komando.com, VegNews, Truth-Out, FireDogLake, ShadowProof, Alternet, The Verge, Consumerist, Boing Boing, Techdirt, Tickle The Wire, The Public Record,* and *the Freedom of the Press Foundation.*

Shapiro has presented invited scholarly and popular lectures on topics at the intersections of national security, the policing of dissent, and transparency at numerous leading institutions and venues. These include but are not limited to:

The Massachusetts Institute of Technology, the Kennedy School of Government at Harvard University, Harvard Law School, Yale Law School, Stanford University, the New York City Bar Association, the National Institutes of Health (NIH), the Max Planck Institute for the History of Science (Berlin, Germany), Université catholique de l'Ouest (Angers, France), the University of California, Santa Barbara, The College of William & Mary, Boston University, American University (Washington, DC), The Cooper Union for the Advancement of Science and Art (New York City), the National Press Club (Washington, DC), the conference of the National Lawyers

---

[11] http://america.aljazeera.com/articles/2014/5/28/fbi-spied-mandeladocuments.html;
http://www.usnews.com/news/articles/2014/07/10/the-fbi-spied-on-nelson-mandela-in-1990-as-communist-threat.

Guild, the History of Science Society, the American Anthropological Association, the Society for the Social History of Medicine, the Conference on Policy History, the American Society for Environmental History, DEFCON, Boston University, University College Cork (Cork, Ireland), Suffolk University Law School, the City University of New York Law School, The Base community center in Brooklyn, NY, and Burning Books bookstore (Buffalo, NY).

Shapiro's research and analysis have also been featured in television and film documentaries. For one example among others, in February 2016, a documentary centrally featuring Shapiro's FOIA research and analysis aired on the cable channel Pivot. The documentary is titled "Activists or Terrorists" and was directed by award-winning filmmaker Brian Knappenberger and narrated by Academy Award nominated actress Maggie Gyllenhaal. This documentary constitutes episode five of Knappenberger's acclaimed documentary series "Truth and Power." *The New York Times* included the documentary episode "Activists or Terrorists" in its influential "What to Watch" list.[12] "Activists or Terrorists" is now available for viewing on iTunes and Amazon.com. Further, Shapiro is currently working with multiple additional television and film documentaries currently in productions that will feature my work.

Shapiro is a representative of several news outlets. Shapiro is a researcher, analyst, and reporter for GreenIsTheNewRed.com (GNR). Shapiro is a representative of Verso Books. Shapiro is a representative of Sparrow Media. Shapiro is a reporter/contributor for *The Public Record.* Shapiro is also President of Property of the People, a newly-founded governmental transparency research, analysis, and information dissemination organization.

## REQUEST FOR A COMPLETE WAIVER OF FEES

Requestors are willing to pay any reasonable expenses associated with this request, however, as the purpose of the requested disclosure is in full conformity with the statutory requirements for a waiver of fees, a full fee waiver should be granted.

The disclosure of responsive records is likely to contribute to an understanding of government operations and activities because the disclosable portions of the requested records will be meaningfully informative about those operations and activities. The vast majority of disclosable information is not already in the public domain, in either a duplicative or a substantially identical form, and therefore the disclosure would add substantial new information to the public's understanding of the OMB's operations.

The requesters firmly intend to analyze the requested records in order to facilitate significant expansion of public understanding of government operations. The audiences likely to be interested in the subject are broad, and include historians of modern American government,

---

[12] http://www.nytimes.com/2016/02/19/arts/television/what-to-watch-friday.html

5

politics, culture, and national security; journalists reporting on American politics, government, national security, and society; civil liberties attorneys; advocacy and watchdog organizations, the U.S. congress, and the broader public.

\*\*\*

Please do not hesitate to contact me if you have any questions concerning this request.

Thank you. I appreciate your time and attention to this matter.


Jeffrey Light

# <u>Walsh Decl. Exhibit 3</u>

## Hardy, Dionne M. EOP/OMB

**From:** FN-OMB-FOIA
**Sent:** Tuesday, May 9, 2017 3:42 PM
**To:** 'Jeffrey Light'
**Subject:** RE: FOIA Request

Good Afternoon:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) dated May 8, 2017, and received in OMB's FOIA office on May 9, 2017. Your request has been logged in and is being processed. For your reference, the OMB FOIA number is 2017-209.

Sincerely,
Dionne Hardy

---

**From:** Jeffrey Light [mailto:jeffrey@lawofficeofjeffreylight.com]
**Sent:** Monday, May 8, 2017 5:33 PM
**To:** FN-OMB-FOIA <OMBFOIA@omb.eop.gov>
**Subject:** FOIA Request

Please find attached a FOIA request I am submitting on behalf of my clients Ryan Noah Shapiro and Property of the People. In case you are not able to open attachments, I have pasted the text of the request below.

Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com

**Law Office of Jeffrey L. Light**
1712 Eye St., NW, Suite 915
Washington, DC 20006
jeffrey@lawofficeofjeffreylight.com
(202) 277-6213

May 8, 2017

**Freedom of Information Request**
Office of Management and Budget
via email: OMBFOIA@omb.eop.gov

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

REQUESTER INFORMATION

This request is submitted on behalf of my clients, Ryan Noah Shapiro and Property of the People.[1]


RECORDS SOUGHT

1.  All official visitor logs and/or other records concerning visits made to the OMB. The request should not
    be geographically limited to the White House complex itself, but should include visitors to these offices
    at Mar-a-Lago, Trump Towers, or any other location where OMB operates.
2.  All phone call logs for Director Mick Mulvaney or any acting or permanent OMB Director.
3.  All calendar or appointment books for Director Mick Mulvaney or any acting or permanent OMB
    Director.

The time period for these requests is from January 20, 2017 on.


FORMAT

The requesters ask that any releases stemming from this request be provided in digital format (soft-copy) via
email or on a compact disc or other like media.


REQUEST TO BE CLASSIFIED AS AN EDUCATIONAL REQUESTOR

Requestor Ryan Noah Shapiro requests classification as an educational requestor for FOIA fee category
purposes.
Shapiro is an ABD doctoral candidate at the Massachusetts Institute of Technology. Shapiro is in the PhD
program in History, Anthropology, and Science, Technology, & Society (HASTS) in MIT's Department of
Science, Technology, & Society (STS).[2]
Shapiro is a research affiliate at the Berkman Klein Center for Internet & Society at Harvard University.[3]
Shapiro is an historian of national security, the policing of dissent, and governmental transparency. The
disclosures sought in the instant request are sought pursuant of this end.


REQUEST FOR INCLUSION IN NEWS MEDIA FEE CATEGORY

Requestors Shapiro and Property of the People request classification as representatives of the news media for
FOIA fee category purposes.
Requestor Shapiro is an ABD doctoral candidate at the Massachusetts Institute of Technology. Shapiro is in the
PhD program in History, Anthropology, and Science, Technology, & Society (HASTS) in MIT's Department of
Science, Technology, & Society (STS).
Shapiro is a research affiliate at the Berkman Klein Center for Internet & Society at Harvard University.
Shapiro is an historian of national security, the policing of dissent, and governmental transparency.
Shapiro is President of Property of the People, a newly-founded governmental transparency research, analysis,
and information dissemination organization.[4]
Among other things, Shapiro's work has exposed improper collusion between a major agricultural lobby and a
U.S. government agency entity[5]; sparked a federal investigation of this improper collusion, resulting in the
disgraced resignation of the president of the agency entity[6]; and sparked the introduction of bipartisan
legislation to curb future similar abuses by government and industry.[7] Shapiro's work has also exposed the
FBI's unprecedented utilization of classified remote-installation malware to circumvent animal rights activists
encryption in 2003, as well as the DOJ's subsequent failure to inform Congress of such utilization as mandated
by Congress.[8] Shapiro's work has also exposed the FBI's policy of instructing FBI agents to withhold
surveillance technical details from prosecutors and defendants alike.[9] Shapiro's work has also exposed FBI
consideration of federal terrorism charges against animal protectionists who expose horrific conditions on

2

factory farms.[10] Shapiro's work has also exposed FBI targeting of Nelson Mandela and the anti-Apartheid movement as a Communist plot imperiling U.S. national security. This included but was not limited to FBI placement of a confidential informant within Nelson Mandela's inner circle in order to provide political information to the FBI on Mandela and his anti-apartheid associates while the FBI was tasked with protecting Mandela upon Mandela's post-prison tour of the United States in 1990.[11]

Shapiro's research and analysis on issues at the intersections of national security, the policing of dissent, and transparency, as well as pertaining to the Trump presidency and administration, are regularly featured in national and international media outlets. Media outlets that have covered Shapiro's work include but are not limited to:

*The New York Times, The Washington Post, The Los Angeles Times, The Wall Street Journal, USA Today, CNN, U.S. News & World Report, The Associated Press, Agence France-Presse, Politico, Business Insider, The International Business Times, The Atlantic, The Guardian, ABC News, CBS News, NPR, PBS, BBC World Service, The Nation, Mother Jones, Democracy Now!, The Hill, McClatchy DC, New Republic, National Journal, Columbia Journalism Review, Legal Times, PolicyMic, Government Executive, Inc., Wired, Fortune, Fox News, Fox Nation, The American Conservative, The Daily Caller, Breitbart News, Reason, New York Daily News, The Chicago Tribune, The Boston Globe, MSN News, Salon, Slate, The Daily Beast, Quartz, Vice News, Huffington Post, HuffPost Live, Yahoo News, Christian Science Monitor, Boston Business Journal, AOL News, The San Francisco Chronicle, The Houston Chronicle, The Minneapolis Star Tribune, The Independent, The Mirror, The Daily Mail, Black Entertainment Television (BET), The Boston Metro, The San Francisco Business Times, The Silicon Valley Business Journal, The Afro-American, Raw Story, The Chicago Defender, The NorthStar News & Analysis, The Atlanta Black Star, The Hollywood Reporter, NYC Today, The Mail & Guardian, Courthouse News, Japan Times, EatDrinkPolitics, Univsion, HispanTV, Al Jazeera America, Grist, Ecorazzi, Green Is the New Red, PC World, PC Mag, Computer World, SearchSecurity, IntelNews, Komando.com, VegNews, Truth-Out, FireDogLake, ShadowProof, Alternet, The Verge, Consumerist, Boing Boing, Techdirt, Tickle The Wire, The Public Record,* and *the Freedom of the Press Foundation.*

Shapiro has presented invited scholarly and popular lectures on topics at the intersections of national security, the policing of dissent, and transparency at numerous leading institutions and venues. These include but are not limited to:

The Massachusetts Institute of Technology, the Kennedy School of Government at Harvard University, Harvard Law School, Yale Law School, Stanford University, the New York City Bar Association, the National Institutes of Health (NIH), the Max Planck Institute for the History of Science (Berlin, Germany), Université catholique de l'Ouest (Angers, France), the University of California, Santa Barbara, The College of William & Mary, Boston University, American University (Washington, DC), The Cooper Union for the Advancement of Science and Art (New York City), the National Press Club (Washington, DC), the conference of the National Lawyers Guild, the History of Science Society, the American Anthropological Association, the Society for the Social History of Medicine, the Conference on Policy History, the American Society for Environmental History, DEFCON, Boston University, University College Cork (Cork, Ireland), Suffolk University Law School, the City University of New York Law School, The Base community center in Brooklyn, NY, and Burning Books bookstore (Buffalo, NY).

Shapiro's research and analysis have also been featured in television and film documentaries. For one example among others, in February 2016, a documentary centrally featuring Shapiro's FOIA research and analysis aired on the cable channel Pivot. The documentary is titled "Activists or Terrorists" and was directed by award-winning filmmaker Brian Knappenberger and narrated by Academy Award nominated actress Maggie Gyllenhaal. This documentary constitutes episode five of Knappenberger's acclaimed documentary series "Truth and Power." *The New York Times* included the documentary episode "Activists or Terrorists" in its influential "What to Watch" list.[12] "Activists or Terrorists" is now available for viewing on iTunes and Amazon.com. Further, Shapiro is currently working with multiple additional television and film documentaries currently in productions that will feature my work.

Shapiro is a representative of several news outlets. Shapiro is a researcher, analyst, and reporter for GreenIsTheNewRed.com (GNR). Shapiro is a representative of Verso Books. Shapiro is a representative of Sparrow Media. Shapiro is a reporter/contributor for *The Public Record.* Shapiro is also President of Property of

3

the People, a newly-founded governmental transparency research, analysis, and information dissemination organization.

REQUEST FOR A COMPLETE WAIVER OF FEES

Requestors are willing to pay any reasonable expenses associated with this request, however, as the purpose of the requested disclosure is in full conformity with the statutory requirements for a waiver of fees, a full fee waiver should be granted.

The disclosure of responsive records is likely to contribute to an understanding of government operations and activities because the disclosable portions of the requested records will be meaningfully informative about those operations and activities. The vast majority of disclosable information is not already in the public domain, in either a duplicative or a substantially identical form, and therefore the disclosure would add substantial new information to the public's understanding of the OMB's operations.

The requesters firmly intend to analyze the requested records in order to facilitate significant expansion of public understanding of government operations. The audiences likely to be interested in the subject are broad, and include historians of modern American government, politics, culture, and national security; journalists reporting on American politics, government, national security, and society; civil liberties attorneys; advocacy and watchdog organizations, the U.S. congress, and the broader public.

\*\*\*

Please do not hesitate to contact me if you have any questions concerning this request.
Thank you. I appreciate your time and attention to this matter.

Jeffrey Light

Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202-277-6213

---

[1] Property of the People is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy.
[2] http://web.mit.edu/hasts/graduate/shapiro.html
[3] Shapiro is a research affiliate at the Berkman Klein Center for Internet & Society at Harvard University for 2016-2017.
https://cyber.law.harvard.edu/newsroom/2016_2017_community
[4] Building upon Shapiro's extensive track record of national security, transparency, and state repression-oriented research, analysis, and information dissemination, Property of the People (PropOTP) is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. PropOTP's motto, taken from Shapiro's commentary, is, "The records of government are the property of the people. It's time for us to reclaim them." PropOTP's most publicized efforts to date have been under the umbrella of the organization's Trump-oriented project, "Operation 45." PropOTP's Operation 45 is dedicated to ensuring transparency and accountability for the Trump/Pence administration. For more on PropOTP's Operation 45, see:
http://www.salon.com/2016/11/27/foia-superhero-launches-campaign-to-make-donald-trumps-administration-transparent/;
https://www.thenation.com/article/your-guide-to-the-sprawling-new-anti-trump-resistance-movement/;
http://www.politico.com/story/2016/12/democrats-trump-resistance-conservative-playbook-232687; https://operationfortyfive.org.
[5] http://bigstory.ap.org/article/a0a7a3fb1f6449f992f2410c577d919b/apnewsbreak-egg-group-scrambled-over-eggless-mayo-maker;
http://www.theguardian.com/us-news/2015/sep/02/usda-american-egg-board-hampton-creek-just-mayo

4

[6] http://bigstory.ap.org/article/c7813b5fe68745d2a40c1d078c1542f5/egg-industry-group-ceo-steps-down-after-vegan-mayo-scramble

[7] https://www.theguardian.com/business/2016/jul/14/usda-reform-bill-agriculture-beef-eggs

[8] http://www.nytimes.com/2016/04/14/technology/fbi-tried-to-defeat-encryption-10-years-ago-files-show.html?smid=tw-nytimes&smtyp=cur&_r=0

[9] http://www.usatoday.com/story/news/2016/04/20/fbi-memos-surveillance-secrecy/83280968/

[10] https://ccrjustice.org/files/11.12.29_Greenscare_VideotapersTerrorists_LATimes.pdf

[11] http://america.aljazeera.com/articles/2014/5/28/fbi-spied-mandeladocuments.html;
http://www.usnews.com/news/articles/2014/07/10/the-fbi-spied-on-nelson-mandela-in-1990-as-communist-threat.

[12] http://www.nytimes.com/2016/02/19/arts/television/what-to-watch-friday.html

5

## <u>Walsh Decl. Exhibit 4</u>



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

October 27, 2017

Mr. Jeffrey L. Light
1712 Eye Street, NW, Suite 915
Washington, DC 20006

Sent via email: jeffrey@lawofficeofjeffreylight.com

Re: Property of the People, et. al. v. Office of Management and Budget, No. 17-1677 (DDC)

Dear Mr. Light:

This is in response to your Freedom of Information Act (FOIA) request, which is the subject of the above-referenced matter. The Office of Management and Budget (OMB) received your request on May 9, 2017, and assigned it tracking number 17-209.

In accordance with the Court's Minute Order of October 23, 2017, which adopted our joint status report filed on October 19, 2017, OMB is making its first production to you. At this time, OMB has completed its review of thirty documents and has determined that all are appropriate for release in part, with redactions made pursuant to FOIA Exemption 5 (deliberative process, attorney-client, and presidential communications privileges) and FOIA Exemption 6.

OMB is continuing to review records that are potentially responsive to your request and will respond to you again on or before November 3, 2017, in accordance with the Court's Minute Order.

Sincerely,

Dionne Hardy
FOIA Officer

Enclosures

# Walsh Decl. Exhibit 5



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

November 3, 2017

Mr. Jeffrey L. Light
1712 Eye Street, NW, Suite 915
Washington, DC 20006

Sent via email: jeffrey@lawofficeofjeffreylight.com

Re: Property of the People, et. al. v. Office of Management and Budget, No. 17-1677 (DDC)

Dear Mr. Light:

This is in response to your Freedom of Information Act (FOIA) request, which is the subject of the above-referenced matter. The Office of Management and Budget (OMB) received your request on May 9, 2017, and assigned it tracking number 17-209.

In accordance with the Court's Minute Order of October 23, 2017, which adopted our joint status report filed on October 19, 2017, OMB is making its second and final production to you. At this time, OMB has completed its review of 178 documents and has determined that all are appropriate for release in part, with redactions made pursuant to FOIA Exemption 5 (deliberative process, attorney-client, and presidential communications privileges) and FOIA Exemption 6.

This completes OMB's response to your FOIA request.

Sincerely,

Dionne Hardy
FOIA Officer

Enclosures