# Exhibit B

# July 10, 2017
Monday

**July 2017**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

**August 2017**
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

## MONDAY 10

**7 AM**

**8**
- **SC Senate campaign finance paperwork;** EEOB 252; Mulvaney, Mick M. EOP/OMB

**9**
- **Review MSR Package;** EEOB 252; Mulvaney, Mick M. EOP/OMB

**10**
- **Cabinet Member Meeting - CIA Director Pompeo;** WHSR, JFK Room; Hunter, Mallory

**11**
- **Weekly OMB Senior Staff Mtg;** Director's Office (EEOB 252) ; Doyle, Emma K. EOP/OMB

**12 PM**
- **Lunch w/ Sec. Kelly**
  Executive Dining Room; Mulvaney, Mick M. EOP/OMB

**1**

**2**
- (b)(6) PA

**3**
- **PADs and DADs Meeting**
  NEOB 10258 (10th Floor Conference Room)
  Mulvaney, John

**4**
- **Cabinet Member Meeting - DOE Sec. Perry;** COS; Hunter, Mallory G. EOP/WHO

**5**
- **60-Day Readiness Review Briefing**
  WHSR
  Mulvaney, Mick M. EOP/OMB

**6**
- (b)(6) PA

9:00pm - 9:30pm Phone Call w/ Secretary Acosta(He will call your work cell)

Notes

# July 11, 2017
Tuesday

| July 2017 | August 2017 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
|                   1 | 1  2  3  4  5 |
| 2  3  4  5  6  7  8 | 6  7  8  9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 31 |
| 30 31 | |

**TUESDAY 11**

**7 AM**

**8** (b)(6) PA

**9** **CXO Fellows Talk;** EEOB-Indian Treaty Room; Kireilis, Althea A. EOP/OA

**Trade Policy Meeting**
Roosevelt Room
Porter, Robert R. EOP/WHO

**10**

**11** **Phone Call w/ Rep. John Carter;** He will call your work cell; Mulvaney, Mick M. EOP/OMB

**Cabinet Member Meeting - HHS Sec. Price;** COS; Hunter, Mallory G. EOP/WHO

**12 PM**

**Meet w/ Sen. Toomey;** Russell 248; Mulvaney, Mick M. EOP/OMB

**1** **Lunch/Break**
Capitol Hill

**2**

**Meet w/ Sen. Gardner;** 354 Russell; Mulvaney, Mick M. EOP/OMB

**3** **Meet w/ Sen. Corker;** 425 Dirksen; Mulvaney, Mick M. EOP/OMB

**4** **Phone Call w/ Rep. Graves;** Call him: 770-

**Cabinet Member Meeting - DOT Sec. C**

**5** **Neomi Rao Swearing In;** EEOB 252; Mulvaney, Mick M. EOP/OMB

**Phone Call w/ Sen. Graham;** He will call yo

**Russ/Jonny/MM Meeting;** EEOB 252; Mul

**6** **Chief of Staff Time**
Mulvaney, Mick M. EOP/OMB

7:00pm - 8:30pm CEO Dinner w/ Leader McCarthy(H-107)

**Notes**

# July 12, 2017
Wednesday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                         1 |         1  2  3  4  5 |
| 2  3  4  5  6  7  8 | 6  7  8  9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 31 |
| 30 31 | |

**WEDNESDAY 12**

| Time | Event | Notes |
|---|---|---|
| 7 AM | | |
| 8 | | |
| 9 | **Meet w/ Ambassador Joe Hockey (Australia);** EEOB 252; Mulvaney, Mick M. EOP/OMB<br>**Meet w/ Al Simpson, Wallace Cheves, and Greg Smith;** EEOB 252; Mulvaney, Mick M. E( | |
| 10 | **Meeting: Unified Agenda Discussion**<br>EEOB 252; Mulvaney, Mick M. EOP/OMB | |
| 11 | **Mornings with Mick Prep;** EEOB 252; Mulvaney, Mick M. EOP/OMB<br>**Phone Interview: Conservative Economists;** (b)(6) CI ; Mulvaney, Mick M | |
| 12 PM | **Weekly Econ Principals Lunch**<br>WH/Ward Room<br>Cohn, Gary D. EOP/WHO | |
| 1 | | |
| 2 | **Phone Interview: Politico (with Mike Grunwald);** (b)(6) CI ; Mulvaney, Mick M. EOP<br>**Meet w/ Michael;** EEOB 252; Mulvaney, Mick M. EOP/OMB | |
| 3 | | |
| 4 | (b)(6) PA | |
| 5 | **NEC Principals Meeting: Infrastructure**<br>Roosevelt Room<br>Cohn, Gary D. EOP/WHO | |
| 6 | **Obamacare Repeal and Replace;** Roosevelt Room; Short, Marc T. EOP/WHO<br>**Bastille Day Reception;** Residence of Franc | |
| | (b)(6) PA | |

# July 13, 2017
Thursday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                             1 |            1  2  3  4  5 |
| 2  3  4  5  6  7  8 | 6  7  8  9  10  11  12 |
| 9  10  11  12  13  14  15 | 13  14  15  16  17  18  19 |
| 16  17  18  19  20  21  22 | 20  21  22  23  24  25  26 |
| 23  24  25  26  27  28  29 | 27  28  29  30  31 |
| 30  31 | |

## THURSDAY 13

| Time | Event | Notes |
|---|---|---|
| 7 AM | | |
| 8 | (b)(6) PA | |
| 9 | **Mornings with Mick** — EEOB 238; Mulvaney, Mick M. EOP/OMB | |
| 10 | (b) (5) | |
| 11 | | |
| 12 PM | **Lunch w/ BE Day Winners** — Navy Mess; Mulvaney, Mick M. EOP/OMB | |
| 1 | **Phone Call w/ Rep. Westerman;** (b)(6) CI | |
| | **Phone Call w/ Rep. Barton;** He will call yo | |
| | **Meet w/ Former Rep. Jeff Miller, Michael** | |
| 2 | **Meet w/ Andy Cecere (U.S. Bank CEO);** EEOB 252; Mulvaney, Mick M. EOP/OMB | |
| 3 | **Phone Call w/ Rep. Gaetz;** (b)(6) CI ; | |
| | **Phone Call w/ Rep. Palmer;** (b)(6) CI | |
| | **Radio Interview: Larry O'Connor (WMAL** | |
| | **Phone Interview: Washington Examiner;** | |
| 4 | **Meeting: SAP Process;** EEOB 252; Mulvane | |
| | **Meeting: Weekly Management Update;** EEOB 252 ; Mulvaney, Mick M. EOP/OMB | |
| 5 | **Call w/ Bremberg & Director Mulvaney;** AB will call - (b)(6) CI ; Salvi, Mary E. EOP/ | |
| 6 | (b)(6) PA | |

# July 14, 2017
Friday

July 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

August 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

**FRIDAY 14**

- 8 AM — **News Hit: Squawk Box ;** WH North Lawn; Mulvaney, Mick M. EOP/OMB
- **News Hit: Varney and Co;** WH North Lawn; Mulvaney, Mick M. EOP/OMB
- 9 AM — **Photo w/ Trevor Pickitt (last day of internship);** EEOB 252; Mulvaney, Mick M. EOP/OM
- 10 AM — **Arrive at Joint Base Andrews**
- 12 PM – 4 PM — **National Governors Association Summer 2017 Meeting**
  Providence, RI
- 4 PM — **Canadian Reception with Prime Minister Justin Trudeau**
  Rhode Island Convention Center

7:30pm - 9:00pm MM/CZ Meeting(TBD)

Notes

Mulvaney, Mick M. EOP/OMB            14            9/6/2017 11:31 AM
**OMB-Property of the People-0149**

# July 15, 2017
Saturday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|             1 | 1  2  3  4  5 |
| 2  3  4  5  6  7  8 | 6  7  8  9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 31 |
| 30 31 | |

**SATURDAY**

**15**

DC Weekend — To Jul 16 →

7 AM

8

9

10

11

12 PM

1

2

3

4

5

6

Notes

# July 16, 2017
Sunday

July 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

August 2017
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

**SUNDAY**

**16**

← From Jul 15   DC Weekend

| Time | |
|---|---|
| 7 AM | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 PM | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Notes

# July 17, 2017
Monday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                    1 | 1  2  3  4  5 |
|  2  3  4  5  6  7  8 |  6  7  8  9 10 11 12 |
|  9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 31 |
| 30 31 | |

## MONDAY 17

**7 AM**

**8**

**9** — **Weekly Comms Meeting;** EEOB 252; Mulvaney, Mick M. EOP/OMB
   — **Read-Ahead for Principals Meeting ;** Rob's Office; Mulvaney, Mick M. EOP/OMB

**10** — **Weekly OMB Senior Staff Mtg;** EEOB 248; Doyle, Emma K. EOP/OMB

**11** — **Principals Meeting Prep;** EEOB 252; Mulvaney, Mick M. EOP/OMB

**12 PM** — (b)(6) PA

**1** — (b) (5)

**2** — **Meet w/ Marc Cadin and Richard DeVita;** EEOB 252; Mulvaney, Mick M. EOP/OMB

**Principals Meeting**
WHSR
Mulvaney, Mick M. EOP/OMB

**WH Made in America Event Drop By;**

**3**

**4** — **Meeting w/ Reince ;** COS Office; Mulvaney, Mick M. EOP/OMB

**5** — (b) (5)

**6**

Notes

# July 18, 2017
Tuesday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|  1 | 1 2 3 4 5 |
| 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 31 |
| 30 31 | |

## TUESDAY 18

**7 AM**

**8** — **Speaking Engagement - SC Business Council;** H-122; Mulvaney, Mick M. EOP/OMB

**9** — **Neomi Rao Swearing In**
Indian Treaty Room
Mulvaney, Mick M. EOP/OMB

**Trade Policy Meeting**
Roosevelt Room
Porter, Robert R. EOP/WHO

**10** — (b) (5)

**11** — **PADs and DADs Meeting**
NEOB 10258 (10th Floor Conference Room)
Mulvaney, John

**12 PM** — **Transformational Projects: Infrastructure Lunch w/ Secretaries Chao, Perry and Mulva[ney]**
Ward Room
Cordish, Reed S. EOP/WHO

**1** — (b) (5)

**2** — (b) (5)

**3**

**4** — **NSC Meeting Prep;** EEOB 252; Mulvaney, Mick M. EOP/OMB

**5** — **Meet w/ Kathy;** EEOB; Mulvaney, Mick M.

**Cabinet Meeting - Sec. Tillerson;** COS; Hu[...]

**6** — (b) (5)

**Bloomberg Government Dinner Series;** Fiola - 601 Pennsylvania Avenue; Mulvaney, M[...]

Notes

# July 19, 2017
Wednesday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                        1 |        1  2  3  4  5 |
| 2  3  4  5  6  7  8 | 6  7  8  9  10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 31 |
| 30 31 | |

## WEDNESDAY 19

| Time | Event | Notes |
|---|---|---|
| 7 AM | | |
| 8 | | |
| 9 | **WSJ Bi-Weekly Conversation;** 646-226-0868; Mulvaney, Mick M. EOP/OMB | |
| | **Meeting: Dodd Frank Report;** EEOB 252; Mulvaney, Mick M. EOP/OMB | |
| 10 | **National Security Council Meeting** <br> WHSR <br> Mulvaney, Mick M. EOP/OMB | |
| 11 | **Meet w/ PhRMA's Board of Directors;** EEOB 238; Mulvaney, Mick M. EOP/OMB | |
| 12 PM | | |
| 1 | **Lunch** <br> Hay Adams | |
| 2 | | |
| 3 | **Interior Reorg ;** Mick's Office; Vought, Rus   **(b)(6) PA** | |
| 4 | **Meet w/ Ambassador Anderson (Ireland);** EEOB 252; Mulvaney, Mick M. EOP/OMB | |
| | **Rescheduled: PAD Update Pre-Meet;** EEC   **News Hit Prep;** EEOB 252; Mulvaney, Mick | |
| 5 | **Meeting: Offshore Marine Service Ass** | |
| | **Legislative Affairs Strategy Session** <br> Roosevelt Room <br> Short, Marc T. EOP/WHO | |
| 6 | | |
| | **(b)(6) PA** | |

# July 20, 2017
## Thursday

| July 2017 | August 2017 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
|                             1 |         1  2  3  4  5 |
| 2  3  4  5  6  7  8 | 6  7  8  9  10  11  12 |
| 9  10  11  12  13  14  15 | 13  14  15  16  17  18  19 |
| 16  17  18  19  20  21  22 | 20  21  22  23  24  25  26 |
| 23  24  25  26  27  28  29 | 27  28  29  30  31 |
| 30  31 | |

## THURSDAY 20

| Time | Event |
|---|---|
| 7 AM | **News Hit: Fox and Friends;** WH North Lawn; Mulvaney, Mick M. EOP/OMB |
| 8 | **Press Briefing Prep ;** EEOB 252; Mulvaney, Mick M. EOP/OMB |
| 8 | **News Hit: Maria Bartiromo;** WH North Lawn; Mulvaney, Mick M. EOP/OMB |
| 9 | **NSC Meeting De-brief;** EEOB 252; Mulvaney, Mick M. EOP/OMB |
| 9 | **Meet w/ Al Simpson, Brian Henneberry, and Raymond Paul (Koch);** EEOB 252; Mulvan... |
| 10 | **Meet w/ Rep. Davis;** EEOB 252; Mulvaney, Mick M. EOP/OMB |
| 10 | **Meeting: Weekly Management Update;** EEOB 252 ; Mulvaney, Mick M. EOP/OMB |
| 11 – 12 PM | (b)(6) PA [redacted] |
| 1 – 2 | (b) (5) [redacted] |
| 2 | **Daily Press Briefing** Brady Room; Mulvaney, Mick M. EOP/OMB |
| 3 | (b) (5) [redacted] |
| 4 | **DOD Assessment** Rob Blair's Office Mulvaney, Mick M. EOP/OMB |
| 4 | **Quick Mick Huddle ;** Rob's Scif ; Robbins, ... |
| 5 | **Director Mulvaney's 50th Birthday Party** EEOB 260 Balcony Mulvaney, Mick M. EOP/OMB |
| 5 | **Sensitive Issues Discussion w/ Jonny;** EE... |
| 5 | **Obamacare Repeal in the Senate;** Roos... |
| 6 | |

8:10pm - 9:47pm DCA -> CLT (MM and FM)(WUATIZ)

# July 21, 2017
Friday

**July 2017**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

**August 2017**
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

**FRIDAY 21**

- Home (Indian Land, SC) - Mulvaney, Mick M. EOP/OMB    To Jul 23 →
  (b)(6) PA

7 AM

8

9

10

11

12 PM  **Phone Call w/ Sen. Murkowski;** (b)(6) CI ; Mulvaney, Mick M. EOP/OMB

1

2

3

4

5

6

Notes